# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SHABNAM DAWN PILISUK,<br><br>　　　　　　　Defendant. | Case No. CR22-001 TL<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　(1)　Defendant has been charged by complaint and then with a subsequent Grand Jury indictment with Count 1: Aggravated Sexual Abuse of a Child under 12; Count 2: Production of Child Pornography; Counts 3 and 4: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity; Count 5: Possession of Child Pornography.  This matter is an Adam Walsh Act Case.

DETENTION ORDER - 1

(2) The Court received information about defendant's personal history, residence, family, community ties, employment, financial status, health and substance use. The defendant through her attorney made argument for release and the Court reviewed the defendant's motion for release with attachments. The defendant is a risk of nonappearance based on her substance abuse history and mental health history. As well has her noncompliance with prior court orders, use of aliases, pending charges, possession of a passport and enhanced identification card with a history of foreign travel. The defendant is a risk of danger based on the nature of the instant offense, safety concerns for the alleged victim, including contact with the alleged victim, substance abuse history and mental health history.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of January, 2022.

*[signature]*
PAULA L. MCCANDLIS
United States Magistrate Judge