UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR22-001 TL |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO FILE OVER-LENGTH MOTIONS AND REPLIES |
| SHABNAM DAWN PILISUK, | |
| Defendant. | |

On December 29, 2022, the parties filed a Joint Motion for Filing of Over-length Motions and Replies. Dkt. No. 50. Motions are due by January 3, 2023. Other than a recitation of the local rules and chambers procedures, the motion provides no information as to why over-length motions are required or how many additional pages are requested. While the Court could deny the motion on those grounds, given that the request is a joint one, the Court will GRANT the

ORDER GRANTING LEAVE TO FILE OVER-LENGTH MOTIONS AND REPLIES - 1

motion and allow the parties leave to file briefs of 24 pages and replies of 12 pages, which is twice the limits allowed by the local rules.

Dated this 3rd day of January 2023.

Tana Lin
United States District Judge