The Honorable Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SHABNAM DAWN PILISUK,<br><br>Defendant. | NO. CR22-001 TL<br><br>[Proposed]<br>ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal (Dkt. No. 60) and because of the sensitive information contained in Exhibit 1 to its response to the defendant's motion for release from custody, it is hereby ORDERED that this exhibit (Dkt. No. 61) shall be filed under seal and remain sealed until further Order of the Court.

Dated this 11th day of January, 2023.

*[signature]*

Tana Lin
United States District Judge

Presented by:
*s/ Laura Harmon*
LAURA HARMON
Special Assistant United States Attorney

Order to Seal
*United States v. Pilisuk*, CR22-001 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970