UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHABNAM DAWN PILISUK,<br><br>Defendant. | CASE NO. CR22-001 TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) This matter comes before the Court on the Government's motion for leave to file a reply brief (Dkt. No. 69) to its motion in limine to exclude improper reference to punishment or custodial time (Dkt. No. 56).

(2) Given the fast-approaching trial date in this case, and that tomorrow is the noting date for the motion for which the Government seeks to file a reply, the Court GRANTS the

motion. The reply shall be filed **by January 13, 2023**, and shall not exceed six (6) pages.

(3) No further replies will be entertained.

Dated this 12th day of January 2023.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk