UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SHABNAM DAWN PILISUK,<br><br>　　　　　　　Defendant. | CASE NO. CR22-001 TL<br><br>ORDER ON MOTION TO SEAL MOTION TO ADMIT EVIDENCE UNDER RULES 404(B) AND 414 |

This matter comes before the Court on the Government's motion to seal (Dkt. No. 54) its motion to admit evidence under Federal Rules of Evidence 404(b) and 414 (Dkt. No. 55).

The Local Criminal Rules set forth requirements for motions to seal materials that are not explicitly mandated to be filed under seal. *See* CrR 55. Motions to seal in criminal cases must "set forth a specific statement of the applicable legal standard and the reasons for keeping a document under seal, with evidentiary support from declarations when necessary." *Id.* 55(c).

Unlike the Government's prior motion to seal (Dkt. No. 60), the information at issue here is not as clearly similar to items required to be filed under seal under the Local Criminal Rules.

*See* CrR 55(b). The sole reason the Government has furnished for requesting the sealing of its motion is that "it contains sensitive information." Dkt. No. 54. The Government's motion to seal does not set forth the applicable legal standard, nor does it provide any explanation of what makes the information contained in the motion "sensitive." *See id.*

Therefore, the Court DENIES the motion to seal (Dkt. No. 54) WITHOUT PREJUDICE. The Government may file a corrected motion compliant with this Order **within three (3) days (*i.e.*, by January 19, 2023)**. The filing at issue SHALL REMAIN UNDER SEAL pending further rulings from this Court.

Dated this 17th day of January 2023.

Tana Lin
United States District Judge

ORDER ON MOTION TO SEAL
MOTION TO ADMIT EVIDENCE
UNDER RULES 404(B) AND 414 - 2