UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SHABNAM DAWN PILISUK,<br><br>Defendant. | CASE NO. CR22-001 TL<br><br>ORDER GRANTING MOTION TO SEAL MOTION TO ADMIT EVIDENCE UNDER FRE 404(B) AND 414 |

This matter comes before the Court on the Government's renewed motion to seal its motion to admit evidence under Federal Rules of Evidence 404(b) and 414. Dkt. No. 75. As the motion is unopposed and sets forth the applicable legal standard and reasons for sealing—specifically, the sensitive nature of the investigation and inclusion of information identifying a minor victim—the Court GRANTS the motion to seal.

//

//

//

ORDER GRANTING MOTION TO SEAL MOTION TO ADMIT EVIDENCE UNDER FRE 404(B) AND 414 - 1

The Clerk of Court is ORDERED to maintain the motion (Dkt. No. 55) and the attached exhibits under seal permanently.

Dated this 20th day of January 2023.

Tana Lin
United States District Judge