# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHABNAM DAWN PILISUK,<br><br>Defendant. | CASE NO. CR22-001 TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court ALLOWS the attorneys and their staff in this case to bring food and drink into the courthouse for the duration of the trial, which begins on Monday, February 27, 2023, at 9:00am in Courtroom 14B and is expected to run through Friday, March 3, 2023.

Dated this 14th day of February 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1