UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHABNAM DAWN PILISUK,<br><br>Defendant. | CASE NO. CR22-001 TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court ALLOWS the jurors in this case to bring food and drink into the courthouse for the duration of the trial, which began on Monday, February 27, 2023, at 9:00am in Courtroom 14B and is expected to run through Friday, March 3, 2023.

Dated this 28th day of February 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1