UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>  v.<br><br>SHABNAM DAWN PILISUK,<br><br>           Defendant. | CASE NO. 2:22-cr-00001-TL<br><br>ORDER ON MOTION TO SEAL |

    This matter is before the Court on Defendant Shabnam Dawn Pilisuk's Unopposed Motion to Seal Defense Sentencing Memorandum and Exhibits. Dkt. No. 158.

    The Local Criminal Rules set forth requirements for motions to seal materials that are not explicitly mandated to be filed under seal. *See* CrR 49.1. "The motion should set forth a specific statement of the applicable legal standard and the reasons for keeping a document under seal, with evidentiary support from declarations when necessary." *Id.* 49.1(e).

    Here, Ms. Pilisuk does not identify her sentencing memorandum nor any exhibits as materials to be filed automatically under seal. *See id.* 49.1(d). The sole reason Ms. Pilisuk

provides for sealing these materials is that they contain "confidential information . . . , which if made public could result in irreparable harm to Ms. Pilisuk." Dkt. No. 158 at 1. But the motion does not set forth the applicable legal standard, nor does it provide any explanation of what specific information is "confidential" or why disclosure of that information could lead to "irreparable harm." Indeed, many of the materials appear to be publicly available (*e.g.*, trial transcript, academic paper) or subject to targeted redactions instead of sealing in the entirety.

Accordingly, Ms. Pilisuk's motion to seal (Dkt. No. 158) is DENIED WITHOUT PREJUDICE. Ms. Pilisuk may file a corrected motion compliant with this Order **by September 30, 2024**. The filings at issue SHALL remain under seal pending further rulings from this Court.

Dated this 26th day of September 2024.

Tana Lin
United States District Judge