UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHABNAM DAWN PILISUK,<br><br>Defendant. | CASE NO. 2:22-cr-00001-TL<br><br>ORDER ON MOTION TO SEAL |

This matter is before the Court on Defendant Shabnam Dawn Pilisuk's Unopposed Motion to Seal Exhibits to Redacted Defense Sentencing Memorandum. Dkt. No. 163. Having reviewed the motion and the relevant record, the Court finds that there are compelling reasons and legal authority to file the subject materials under seal.

Accordingly, Ms. Pilisuk's motion is GRANTED. It is hereby ORDERED:

(1) Docket Nos. 159, 159-1, 159-2, 159-3, 159-4, 159-5, 159-6, 159-12, 165, 165-1, 165-2, and 165-3 SHALL remain under seal.

(2) The Clerk SHALL promptly unseal Docket Nos. 159-7, 159-8, 159-9, 159-10, and 159-11.

Dated this 2nd day of October 2024.

Tana Lin
United States District Judge

ORDER ON MOTION TO SEAL - 1