Gene David Vorobyov, CA Bar # 200193
Law Office of Gene Vorobyov
2309 Noriega Street, # 46
San Francisco, CA 94122

Appointed Appellate Counsel for Defendant
SHABNAM DAWN PILISUK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>SHABNAM DAWN PILISUK,<br><br>    Defendant and Appellant | No. 2:22-cr-00001-TL-1<br>[9th Circuit Case No. 24-6239]<br><br>**Order Granting the Application for Pro Hac Vice Admission Without the Need for Local Counsel or Payment of the Fee**<br><br>[Local Rule 83.1(d)] |

This Court has considered the application of appellate counsel Gene Vorobyov for pro hac vice admission in this case. The Court finds good cause to grant the application and grants appellate counsel pro hac vice admission in this case. The Court further waives the requirements that appointed counsel pay a pro hac vice fee and retain local counsel.

IT IS SO ORDERED.

Dated: December 16, 2024

_____
TANA LIN
U.S. DISTRICT JUDGE